FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 15, 2022**

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH M.,<br><br>                    Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,[1]<br><br>                    Defendant. | No: 2:20-CV-00451-LRS<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 25.  The Plaintiff is represented by Attorney Chad L. Hatfield.  The Defendant is represented by Special Assistant United States Attorney Christopher J. Brackett.

---

[1]Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit.  No further action need be taken to continue this suit.  *See* 42 U.S.C. § 405(g).

ORDER ~ 1

1    After consideration, **IT IS HEREBY ORDERED** that the Stipulated

2    Motion to Remand, **ECF No. 25**, is **GRANTED**.  The Commissioner's final

3    decision is reversed and remanded for further proceedings pursuant to sentence

4    four of 42 U.S.C. § 405(g).  Upon remand to the Commissioner of Social Security,

5    the Appeals Counsel should remand this case to the Administrative Law Judge

6    (ALJ).  On remand, the ALJ will offer Plaintiff the opportunity for a new hearing,

7    take any further action necessary to complete the administrative record, and issue a

8    new decision.  The ALJ will further evaluate Plaintiff's residual functional

9    capacity and, in doing so, fully evaluate all limitations set forth in the opinion

10    evidence of record.  The ALJ will also obtain supplemental vocational expert

11    evidence to clarify the effect of the assessed limitations on Plaintiff's ability to

12    perform other work available in significant numbers in the national economy.

13    Upon proper presentation, this Court will consider Plaintiff's application for costs

14    and attorney's fees under 28 U.S.C. § 2412(d).

15    It is **FURTHER ORDERED** that Plaintiff's Motion for Summary

16    Judgment, **ECF No. 22**, is **DENIED** as moot, given the parties' motion for

17    remand.

18    ///

19    ///

20    ///

21    ///

ORDER ~ 2

1

The District Court Executive is hereby directed to enter this Order and

2

provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the

3

file.

4

**DATED** February 15, 2022.

5

6

_____

LONNY R. SUKO
Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER ~ 3